# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO


**MINUTES OF PROCEEDINGS**                    **August 3, 2009**


**S/BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**


LUIS A. VELAZQUEZ-GONZALEZ

Plaintiff

vs                                    CIVIL 07-1512CCC

RAFAEL PINA, et al

Defendants


The **pretrial/settlement conference is hereby reset for August 27, 2009 at 4:45PM.  The jury trial is reset for October 29, 2009 at 10:00 AM.**


S/María M. Delgado, Secretary