IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS A. VELAZQUEZ-GONZALEZ

Plaintiff

vs

RAFAEL PINA; RAFAEL PINA d/b/a PINA RECORDS, PINA ENTERTAINMENT GROUP; RAP RECORDS; PINA MUSIC, INC.; PINA ARTISTIC MANAGEMENT; PINA INDUSTRIES; MAFER MUSIC PUBLISHING, INC., SONY/ATV DISCOS MUSIC PUBLISHING; UNIVERSAL MUSIC LATINO; UNIVERSAL MUSIC DISTRIBUTION CORP.; JOSE NIEVES JAIME p/k/a "R.K.M."; KENNY VAZQUEZ p/k/a "KEN-Y", AND XYZ INSURANCE CO.,

Defendants

CIVIL 07-1512CCC

## JUDGMENT

Having considered the Stipulation for Dismissal under Rule 41(a)(1) of the Federal Rules of Civil Procedure (docket entry127) and the Confidential Settlement Agreement and General Release filed by the parties on this date (docket entry 128), the same are APPROVED. Wherefore, IT IS ORDERED AND ADJUDGED that this action be and it is hereby DISMISSED, with prejudice, as to all defendants pursuant to the terms and conditions of said Confidential Settlement Agreement which are made part of this Judgment. The Court will retain jurisdiction over the enforcement of the Agreement.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on September 21, 2009.

S/CARMEN CONSUELO CEREZO
United States District Judge